IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | : | Case No. 3:09CR55 - 3:09CR69 |
| v. | : | |
| Frank Coley, | : | **O R D E R** |

Based upon the government's oral motion of February 5, 2009, to unseal these cases, it is hereby ordered that these cases be unsealed at 1:45 p.m.

So ordered.

/s/ Vernelis K. Armstrong
United States Magistrate Judge

Dated: 2/5/09